D/KS Prob. 22
(Rev 06/13)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| DOCKET NUMBER (Trans. Court) PACTS# 20947 1083 5:05CR40157-001 | | | |
| DOCKET NUMBER (Rec. Court) 2:26-cr-00258-RFB-EJY | | | |
| NAME AND ADDRESS OF PROBATIONER / SUPERVISED RELEASEE: Albert Lawrence Vaughan District of Nevada | DISTRICT District of Kansas | DIVISION Topeka | |
| | NAME OF SENTENCING JUDGE Honorable Julie A. Robinson | | |
| | DATES OF PROBATION / SUPERVISED RELEASE: | FROM 01/06/2027 | TO 01/05/2032 |

OFFENSE:

ARMED BANK ROBBERY in violation of 18 U.S.C. §§ 2113(a) and 2113(d) a Class B Felony, and
DISCHARGING A FIREARM DURING A CRIME OF VIOLENCE in violation of 18 U.S.C. § 924(c)(1)(A)(iii), a Class A Felony

JUSTIFICATION/REASON FOR TRANSFER:

Transfer of jurisdiction is advantageous for the person under supervision to be successful due to pro-social ties in the receiving district.

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the court to the United States District Court for the District of Nevada upon that court's order of acceptance of jurisdiction.

This court hereby expressly consents that the period of probation or supervised release may be changed by the district court to which this transfer is made without further inquiry of this court.*

11/9/26 s/ Julie A. Robinson

*Date* *United States District Judge*

*This sentence may be deleted at the discretion of the transferring court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this court from and after the entry of this order.

11/10/2026

*Effective Date* *United States District Judge*

**UNITED STATES PROBATION OFFICE**
**DISTRICT OF NEVADA**
**MEMORANDUM**

RE: Albert L Vaughan

Case No.: To be determined

**REQUESTING ACCEPTANCE OF TRANSFER OF JURISDICTION**

November 9, 2026

TO: United States District Judge

Mr. Vaughan was sentenced in the District of Kansas on September 3, 2010, to an aggregate sentence of 198 months custody followed by five (5) years supervised release as a result of his guilty plea to one count of Armed Bank Robbery and one count of Discharging a Firearm During a Crime of Violence (District of Kansas case number 5:05CR40157). A portion of this sentence, 120 months, was ordered to be served consecutive to the sentence imposed by the Honorable Judge James Mahan, United States District Court Judge for the District of Nevada (District of Nevada case number 2:05CR271).

Because Mr. Vaughan has an active case in the District of Nevada, he was placed in the Residential Reentry Center in Las Vegas, NV. Mr. Vaughan has advised that he has no intention of returning to Kansas as he has no ties to that district. As such, the Probation Office in the District of Nevada is requesting that jurisdiction of Mr. Vaughan's case be accepted as recommended by the Judicial Conference Policy.

Attached is the Transfer of Jurisdiction form (Probation Form 22) for your signature.

Respectfully submitted,

Digitally signed by Shawn Mummey
Date: 2026.11.09 14:38:06 -08'00'

Shawn Mummey
Senior United States Probation Officer

Approved:

Digitally signed by Steve Goldner
Date: 2026.11.09 14:31:51 -08'00'

Steve Goldner
Supervisory United States Probation Officer